UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY SPIRES,

            Plaintiff,

v.

METLIFE GROUP, INC., *et al.*,

            Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-28-20

18-CV-4464 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter by July 31, 2020, as directed in the Case Management Plan and the Court's June 3rd Order. *See* Dkts. 52, 61. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the post-discovery conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    July 28, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge