# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

September 8, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Tony Spires v. MetLife Group, Inc., et al., 18-cv-04464-RA

Judge Abrams:

We represent Defendants MetLife Group, Inc. and Douglas Rayvid (collectively, "Defendants")[1] and write to request a short, two week extension of time to submit Defendants' motion for summary judgment. Defendant's moving brief is currently due on September 14, 2020, and with the extension of time, would be due on September 28, 2020. Defendants request that the deadline for Plaintiff's opposition brief and Defendants' reply brief also be extended by two weeks. This is Defendants' first request for an extension of time concerning the summary judgment briefing schedule and does not affect any other scheduled dates in this action. Plaintiff consents to this request.

---

[1]   Former defendants Ricardo Anzaldua and Tom Luckey have been dismissed without prejudice. Dkt. Nos. 63 and 66.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060    ☎ +1.212.309.6000
United States                         ⊕ +1.212.309.6001

The Honorable Ronnie Abrams
September 8, 2020
Page 2

If Defendants' request is granted, the briefing schedule would be as follows:

- September 28, 2020 – Defendants' moving brief due.

- October 26, 2020 – Plaintiff's opposition brief due.

- November 23, 2020 – Defendants' reply brief due.

The Parties are available at the Court's convenience to discuss the aforementioned schedule. Thank you for your consideration.

Sincerely,

*/s/ Melissa C. Rodriguez*

Melissa C. Rodriguez

cc: Counsel for Plaintiff (*via* ECF )

---

Application granted. The Court adopts the parties' revised briefing schedule on Defendants' motion for summary judgment.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/9/2020