# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

November 16, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Tony Spires v. MetLife Group, Inc., et al., 18-cv-04464-RA

Judge Abrams:

We represent Defendants MetLife Group, Inc. and Douglas Rayvid (collectively, "Defendants")[1] and write to request a short, one week extension of time to submit Defendants' reply papers in support of their motion for summary judgment. Defendant's reply brief is currently due on November 23, 2020, and with the extension of time, would be due on November 30, 2020. This is Defendants' second request for an extension of time concerning the summary judgment briefing schedule – the first request was granted. This request does not affect any other scheduled dates in this action. Plaintiff consents to this request.

The Parties are available at the Court's convenience to discuss the

---

[1]   Former defendants Ricardo Anzaldua and Tom Luckey have been dismissed without prejudice. Dkt. Nos. 63 and 66.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          ☏ +1.212.309.6000
United States                                      ✉ +1.212.309.6001

The Honorable Ronnie Abrams
November 16, 2020
Page 2

aforementioned schedule.  Thank you for your consideration.

                Sincerely,

                */s/ Melissa C. Rodriguez*

                Melissa C. Rodriguez

cc: Counsel for Plaintiff (*via* ECF )

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/17/2020