UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07-02-2021

TONY SPIRES,

                Plaintiffs,

v.

METLIFE GROUP, INC., *et al.*,

                Defendants.

18-CV-4464 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The oral argument scheduled for July 16, 2021 is hereby adjourned to July 22, 2021 at 3:00 p.m., and will be held by videoconference. The Court will provide the parties with the videoconferencing information the week of argument.

      The public may access the proceeding by using the following information: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    July 2, 2021
           New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge