UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TONY SPIRES,

                Plaintiff,

      -against-

METLIFE GROUP, INC., AND
DOUGLAS RAYVID,

               Defendants.
-------------------------------------------------------------X

18 CIVIL 4464 (RA)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2021, Defendants' motion for summary judgment is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          August 10, 2021

                                                    RUBY J. KRAJICK

                                                    Clerk of Court

                  BY:

                                                    Deputy Clerk